■ In the Matter of DERRICK HARRIS, Petitioner, v JAMES BURKE et al., Respondents. [40 NYS3d 900]—The above-named petitioner having presented an application to this Court praying for an order, pursuant to article 78 of the Civil Practice Law and Rules, now, upon reading and filing the papers in said proceeding, and due deliberation having been had thereon, it is unanimously ordered that the application be and the same hereby is denied and the petition dismissed, without costs or disbursements. Concur—Mazzarelli, J.P., Sweeny, Andrias, Webber and Gesmer, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v WALDY MENA-LOPEZ, Appellant. [40 NYS3d 901]—An appeal having been taken to this Court by the above-named appellant from a judgment of the Supreme Court, Bronx County (Patricia DiMango, J.), rendered July 31, 2013, said appeal having been argued by counsel for the respective parties, due deliberation having been had thereon, and finding the sentence not excessive, it is unanimously ordered that the judgment so appealed from be and the same is hereby affirmed. Concur—Friedman, J.P., Saxe, Richter, Gische and Kapnick, JJ.